## PLAINTIFF CERTIFICATION

I, __Lawrence Zucker__ ("Plaintiff") hereby state:
   [Printed Name]

1. Plaintiff has reviewed the complaint and has authorized the filing of the complaint on his behalf.

2. Plaintiff did not purchase any Express Scripts Holding Co. (the "Company") securities at the direction of his counsel or in order to participate in this private action.

3. Plaintiff is willing to serve as a lead plaintiff and/or representative party on behalf of a class, including providing testimony at deposition and trial if necessary. I understand that the litigation is not settled, this is not a claim form, and sharing in any recovery is not dependent upon execution of this Plaintiff Certification. I am willing to serve as a lead plaintiff either individually or as part of a group. A lead plaintiff is a representative party who acts on behalf other class members in directing the action.

4. Plaintiff currently owns, and has held __116__ shares of Express Scripts Holding Co. at all times relevant hereto.

5. Plaintiff has not served or sought to serve as a representative party on behalf of a class under the federal securities laws during the last three years unless otherwise stated in the space below:

   *Andeavor*

6. Plaintiff will not accept any payment for serving as a representative party on behalf of a class except to receive his pro rata share of any recovery, or as ordered or approved by the court including the award to a representative party of reasonable costs and expenses including lost wages relating to the representation of the class.

Plaintiff declares under penalty of perjury that the foregoing is true and correct.

Executed this __26__ day of __June__, 2018

_Lawrence Zucker_
Signature